# United States Court of Appeals
# for the Fifth Circuit

———————

No. 24-30393

———————

United States Court of Appeals
Fifth Circuit

**FILED**

June 23, 2025

Lyle W. Cayce
Clerk

Juan Sede,

*Plaintiff—Appellant*,

*versus*

Tyler Bullock; Volt Power, LLC; Greenwich Insurance Company,

*Defendants—Appellees*.

———————————————

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:23-CV-586

———————————————

Before Stewart, Clement, and Willett, *Circuit Judges*.

Per Curiam:[*]

Appellant, Juan Sede, collided with a large utility truck being driven by Tyler Bullock in New Orleans, Louisiana. Sede sued, asserting a claim of negligence against Bullock; his employer and the owner of the truck, Volt Power, LLC; and the insurer of the truck, Greenwich Insurance Company (collectively "Appellees"). The case was removed to federal court on

———————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-30393

diversity grounds, and Appellees moved for summary judgment on the issue of liability. The district court granted summary judgment and dismissed Sede's claim with prejudice. Sede appealed.

After reviewing the parties' briefs, the record, and the applicable law, we affirm the judgment for the reasons given by the district court.

AFFIRMED. *See* 5th Cir. R. 47.6.